

BOSTON    CONNECTICUT    FLORIDA    NEW JERSEY    NEW YORK    PROVIDENCE    WASHINGTON, DC

**JEFFREY P. MUELLER**
Attorney at Law

195 Church Street, 15th Floor
New Haven, CT 06510
T: (860) 275-0164 F: (860) 881-2625
jmueller@daypitney.com

August 19, 2025

**VIA ECF & E-MAIL**
Hon. John P. Cronan, U.S.D.J.
United States District Judge, S.D.N.Y.
500 Pearl Street, Room 1320
New York, New York 10007
CronanNYSDChambers@nysd.uscourts.gov

Re:   *Alta Partners, LLC v. BitFuFu Inc.*, Case No. 1:24-cv-06849-JPC-GWG

Dear Judge Cronan:

We represent plaintiff Alta Partners, LLC ("Alta"). We write to respectfully request a 14-day extension of the deadline for Alta to file a second amended complaint from August 19, 2025 to September 2, 2025. This is Alta's first request for an extension of this deadline.

On July 29, 2025, the Court granted in part and denied in part defendant BitFuFu, Inc.'s ("BitFuFu") motion to dismiss. (ECF No. 23.) The Court set a deadline of August 19, 2025 for Alta to file, if it chooses, a second amended complaint. (*Id.* at 23.)

Since the issuance of the Court's decision, the parties have been engaged in active settlement discussions that are now in advanced stages. In order to facilitate those discussions, Alta respectfully seeks an extension of the deadline to file a second amended complaint. With respect to the Court's deadline in Individual Rule 3.B for the submission of extension requests, Alta had originally hoped to be able to report the settlement of this matter to the Court in advance of the August 19, 2025 deadline. As it became clear that there are a few remaining issues to resolve, Alta sought BitFuFu's consent to file this motion. However, due to the time zone difference (BitFuFu's headquarters are in Singapore), Alta has been unable to secure an immediate response to its request.

123178345

**DAY PITNEY** LLP

Hon. John P. Cronan
August 19, 2025
Page 2

      For all of these reasons, Alta respectfully requests that the Court extend the deadline for Alta to file a second amended complaint from August 19, 2025 to September 2, 2025.

                                    Respectfully submitted,

                                    *Jeffrey Mueller*

                                    Jeffrey P. Mueller

cc: All Counsel of Record

Alta's extension request is granted. The deadline to file a second amended complaint is September 2, 2025. The Clerk of Court is respectfully directed to close Docket Number 26.

SO ORDERED.
Date: August 20, 2025

                      JOHN P. CRONAN
                      United States District Judge

123178345